Michael L. Wroniak (State Bar No. 210347)
Rada Feldman (State Bar No. 285931)
**COLLINS + COLLINS LLP**
750 The City Drive, Suite 400
Orange, CA 92868
(714) 823-4100 – FAX (714) 823-4101
Email: mwroniak@ccllp.law
Email: rfeldman@ccllp.law

Attorneys for Defendants
COUNTY OF ORANGE; ORANGE COUNTY SHERIFF'S DEPARTMENT; PATRICK BAEK; DANIEL PACKHAM; CHAD DAVIS and DENISE FRENCH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE SMITH,<br><br>            Plaintiff,<br><br>    vs.<br><br>COUNTY OF ORANGE; ORANGE COUNTY SHERIFF'S DEPARTMENT; DEPUTY PATRICK BAEK #3313; DEPUTY D. PACKHAM #4758; DEPUTY INVESTIGATOR C. DAVIS #08146; DEPUTY D. FRENCH #8378, and DOES 1 through 10, Inclusive<br>            Defendants. | CASE NO. 8:21-cv-00265-DOC-KES<br>*Honorable David O. Carter; Courtroom 9D*<br><br>[Discovery Document: Referred to Magistrate Judge Karen E. Scott]<br><br>[~~PROPOSED~~] **ORDER ON JOINT STIPULATION FOR PROTECTIVE ORDER**<br><br>Complaint Filed: February 9, 2021<br>Amended Complaint Filed: June 7, 2021<br><br>Trial Date: August 2, 2022 |

///

///

*FILE # 23085*

1

**[PROPOSED] ORDER JOINT STIPULATION FOR PROTECTIVE ORDER**

# [PROPOSED] ORDER

Pursuant to the "Joint Stipulation for Protective Order," by and between Defendants County of Orange, Orange County Sheriff's Department, Patrick Baek, Daniel Packham, Chad Davis, and Denise French, and Plaintiff Melanie Smith (Dkt. 56), and good cause appearing, the Court adopts the parties' Joint Stipulation as its Order.

**IT IS SO ORDERED.**

DATED: October 6, 2021

By: _____*Karen E. Scott*_____
HON. KAREN E. SCOTT
United States District Judge

*FILE # 23085*

2

[PROPOSED] ORDER JOINT STIPULATION FOR PROTECTIVE ORDER